# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:22−mj−00048−LTW All Defendants

Case title: USA v. Adefemi

Other court case number: 5:18−CR−294−FL USDC Eastern District of North Carolina

Date Filed: 01/18/2022

Date Terminated: 01/19/2022

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (1)**

**Bosede Ayinke Adefemi**
*TERMINATED: 01/19/2022*

represented by **Keenen Twymon**
Federal Defender Program, Inc.
101 Marietta Street NW
Ste 1500
Atlanta, GA 30303
404−688−7530
Email: keenen_twymon@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1015.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alana R. Black**<br>Office of the United States Attorney–ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404–581–6025<br>Email: Alana.Black@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/18/2022 | | | Arrest (Rule 40) of Bosede Ayinke Adefemi (ceo) (Entered: 01/19/2022) |
| 01/18/2022 | 1 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to Bosede Ayinke Adefemi held on 1/18/2022. Order appointing federal public defender issued. Defendant waives identity hearing. Waiver filed. Non–Surety Bond set as to Bosede Ayinke Adefemi (1) in the amount of $10,000. Bond filed; defendant released. (Attachments: # 1 Arrest Warrant) (Tape #FTR) Interpreted by Frances Orjiakor.(ceo) (Entered: 01/19/2022) |
| 01/18/2022 | 2 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Keenen Twymon as to Bosede Ayinke Adefemi. Signed by Magistrate Judge Linda T. Walker on 1/18/22. (ceo) (Entered: 01/19/2022) |
| 01/18/2022 | 3 | | WAIVER of Rule 5 & 5.1 Hearings by Bosede Ayinke Adefemi (ceo) (Entered: 01/19/2022) |
| 01/18/2022 | 4 | | Non–Surety Bond on Rule 5(c)(3) Entered as to Bosede Ayinke Adefemi in amount of $10,000. (ceo) (Entered: 01/19/2022) |
| 01/18/2022 | 5 | | ORDER Setting Conditions of Release as to Bosede Ayinke Adefemi. Signed by Magistrate Judge Linda T. Walker on 1/18/22. (ceo) (Entered: 01/19/2022) |
| 01/19/2022 | | | Magistrate Case Closed. Defendant Bosede Ayinke Adefemi terminated. (ceo) (Entered: 01/19/2022) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Alana R. Black (alana.black@usdoj.gov, caseview.ecf@usdoj.gov,
tanya.kenner-bowen@usdoj.gov, usagan.criminaldocketing-courtnotices@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Keenen Twymon (belinda_rogers@fd.org,
keenen_twymon@fd.org), Magistrate Judge Linda T. Walker
(ganddb_efile_ltw@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12290996@gand.uscourts.gov
Subject:Activity in Case 1:22-mj-00048-LTW USA v. Adefemi Arrest - Rule 40
Content-Type: text/html
```

# U.S. District Court

# Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 1/19/2022 at 4:27 PM EST and filed on 1/18/2022

| | |
|---|---|
| **Case Name:** | USA v. Adefemi |
| **Case Number:** | 1:22−mj−00048−LTW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Bosede Ayinke Adefemi (ceo)**

**1:22−mj−00048−LTW−1 Notice has been electronically mailed to:**

Alana R. Black &nbsp &nbsp Alana.Black@usdoj.gov, caseview.ecf@usdoj.gov, CaseView.ECF@usdoj.gov, tanya.kenner−bowen@usdoj.gov, USAGAN.CriminalDocketing−CourtNotices@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Keenen Twymon &nbsp &nbsp keenen_twymon@fd.org, belinda_rogers@fd.org

**1:22−mj−00048−LTW−1 Notice has been delivered by other means to:**

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE: 01/18/2022 @ 4:18 PM
TAPE: FTR
TIME IN COURT: 50 mins

MAGISTRATE JUDGE: LINDA T. WALKER    COURTROOM DEPUTY CLERK: Sonya Coggins
CASE NUMBER: 1:22-MJ-0048-LTW    DEFENDANT'S NAME: Bosede Ayinke Adefemi
AUSA: Alana Black    DEFENDANT'S ATTY: Keenan Twyman
USPO / PTR: Kadhizjha White    ( ) Retained ( ) CJA (X) FDP ( ) Waived

_____ ARREST DATE _____

X   Initial appearance hearing held.     X   Defendant informed of rights.
X   Interpreter sworn: Frances Orjiakor    Language: Nigerian, Yuraba

**COUNSEL**

X   ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

X   Defendant WAIVES identity hearing.     X   WAIVER FILED
___ Identity hearing HELD.    ___ Def is named def. in indictment/complaint; held for removal to other district.
___ Defendant WAIVES preliminary hearing in this district only.    ___ WAIVER FILED
___ Preliminary hearing HELD.    ___ Probable cause found; def. held to District Court for removal to other district
___ Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

___ Government motion for detention filed. _____ @ _____
___ Pretrial hearing set for _____ @ _____ ( ) In charging district.)
___ Bond/Pretrial detention hearing held.
___ Government motion for detention ( ) GRANTED ( ) DENIED
___ Pretrial detention ordered. ___ Written order to follow.
X   BOND set at 10K    X NON-SURETY    ___ SURETY
    ___ cash    ___ property    ___ corporate surety ONLY
___ SPECIAL CONDITIONS: _____

X   Bond filed. Defendant released.
___ Bond not executed. Defendant to remain in Marshal's custody.
___ Motion ( ___ verbal) to reduce/revoke bond filed.
___ Motion to reduce/revoke bond ___ GRANTED ___ DENIED
___ See page 2

4

Case 1:22-mj-00048-LTW Document 1-1 Filed 01/18/22 Page 1 of 4

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| January 18, 2022 at 10:41:14 AM EST | 4047303599 | 195 | 4 | Received |

| 4047303599 | USMS | USMS | 10:37:36 a.m. | 01-18-2022 | 1/4 |

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.

BOSEDE AYINKE ADEFEMI

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:18-CR-294-FL

NDGA Case No.: 1:22-MJ-0048

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**BOSEDE AYINKE ADEFEMI** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1015(f): False statement and claim of Unite States Citizenship in order to register to vote

Count 2 - 18 U.S.C. § 611(a): Voting by an alien

Peter A. Moore, Jr.
Name of Issuing Officer

*signature*
Signature of Issuing Officer by deputy

Clerk of Court
Title of Issuing Officer

August 1, 2018 - WILMINGTON, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED 01-17-2022 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 01-17-2022 | Alex Knappen, Special Agent | *signature* |

 

# DEPARTMENT OF JUSTICE
## UNITED STATES MARSHALS SERVICE
NORTHERN DISTRICT OF GEORGIA
Main: 404-331-6833
Cellblock: 404-331-6915
Cellblock Fax: 404-730-3599

## NEW ARREST / BOOKING PACKET

DATE: / /

### ARRESTEE INFORMATION
***NOTE:** The prisoner name listed below MUST match the name on the charging document issued by the court***

| USMS NUMBER: | LAST NAME: Adefemi | FIRST NAME: Bosede | MIDDLE NAME: Ayinke |
|---|---|---|---|

| SEX: f | RACE: b | HAIR COLOR: gray | EYE COLOR: brown | HEIGHT: 5 ft. 2 in. | WEIGHT: 200 lbs. |
|---|---|---|---|---|---|

| DATE OF BIRTH: 08 / 05 / 1945 | AGE: 77 | CITY OF BIRTH: | STATE / COUNTRY: Nigeria | CITIZENSHIP: Nigeria |
|---|---|---|---|---|

| FBI NUMBER: | SSN: 688 - 22 - 0267 | ALIEN NUMBER: A203059165 | STATE ID (SID) / LOCAL ID NUMBER: |
|---|---|---|---|

| STREET ADDRESS: 4621 Drewbridge Way | CITY: Raleigh | STATE: NC | ZIP: 27604 |
|---|---|---|---|

| PHONE NUMBER(S)--specify type (cell, landline, work, etc): ( ) - type: ( ) - type: | MARITAL STATUS: | INTERPRETER NEEDED? YES ☒ NO ☐ | LANGUAGE: Nigerian |
|---|---|---|---|

### ARREST

| ARRESTING AGENCY: ICE/HSI | ARREST DATE: 01 / 17 / 2022 | DOES THIS SUBJECT HAVE A PRIOR FEDERAL ARREST? YES ☐ NO ☐ UNKNOWN ☒ |
|---|---|---|

| AGENT NAME (LAST, FIRST): Knappen, Alex | AGENT PHONE #: ( 470 ) 249 - 6674 ( ) - | IS SUBJECT WANTED ELSEWHERE? YES ☒ NO ☐ UNK ☐ | IF YES, WHERE? North Carolina ED |
|---|---|---|---|

| LOCATION OF ARREST: Hartsfield Jackson Atlanta International Airport | CASE NUMBER: RA18CS17RA0001 |
|---|---|

### OFFENSE

| 1. DESCRIPTION: election fraud | NCIC CODE (IF KNOWN): 18USC1015 | ORIGINATING DISTRICT / BASIS FOR ARREST (indictment, pc arrest, etc): Eastern District of North Carolina |
|---|---|---|

| 1. DESCRIPTION: alien voting | NCIC CODE (IF KNOWN): 18USC611a | HAVE YOU SENT PRINTS ELECTRONICALLY TO THE FBI FOR THIS ARREST? YES: ☐ NO: ☒ UNKNOWN: ☒ |
|---|---|---|

### FACILITY HISTORY

| DID YOU PICK THE PRISONER UP FROM ANOTHER AGENCY? YES ☒ NO ☐ IF YES, WHICH AGENCY? Acdc | WAS THE PRISONER HOUSED OVERNIGHT? YES ☒ NO ☐ IF YES, WHERE? Acdc |
|---|---|

| DO YOU HAVE DOCUMENTATION OF ANY LOCAL CHARGES? YES ☐ NO ☒ | DO YOU HAVE A WRIT FOR THE PRISONER? (If yes, provide to cellblock staff) YES ☐ NO ☒ |
|---|---|

1

| *** SPECIAL HANDLING *** |
|---|
| **DOES PRISONER HAVE ANY MEDICAL ISSUE / HISTORY REQUIRING ATTENTION** (Ex. Diabetic, Epileptic, Heart, Blood Press, TB, Hepatitis, etc)? |
| YES ☐  NO ☐  MEDICATIONS / REMARKS: |
| **HAS PRISONER SAID OR DONE ANYTHING INDICATING SUICIDAL TENDENCIES WHILE IN YOUR CUSTODY?** IF YES, EXPLAIN: |
| YES ☐  NO ☐  REMARKS: |
| **DO YOU HAVE KNOWLEDGE OF ANY SUICIDAL ISSUES IN THIS SUBJECT'S HISTORY?** |
| YES ☐  NO ☐  REMARKS: |
| **DOES PRISONER APPEAR TO BE A SECURITY OR ESCAPE RISK** (Gang Affiliation, Violent Behavior / History, Escape Attempts, etc) ? |
| YES ☐  NO ☐  REMARKS: |

### ALIASES / NICKNAMES
(If name on charging document or court file is an alias, give true name here and note in "remarks")

| 1. | 2. | REMARKS: |
|---|---|---|

### EMERGENCY CONTACT INFORMATION
(For use in event of medical emergencies, disposition of property, bond release assistance, etc.)

| 1. LAST NAME: Adebimpe | FIRST NAME: Iyabo | RELATION: daughter | DATE OF BIRTH or AGE: / / | PHONE: ( 919 ) 274 - 7872  type: |
|---|---|---|---|---|
| STREET ADDRESS: 4621 Drewbridge Way | | CITY: Raleigh | STATE: NC  ZIP: 27604 | REMARKS: |
| 1. LAST NAME: | FIRST NAME: | RELATION: | DATE OF BIRTH or AGE: / / | PHONE: ( )   -  type: |
| STREET ADDRESS: | | CITY: | STATE:  ZIP: | REMARKS: |

### SCARS, MARKS, TATOOS

DESCRIPTION:

### VEHICLES

| 1. YEAR: | MAKE: | MODEL: | COLOR: | TAG NUMBER:  state: | OWNER: |
|---|---|---|---|---|---|
| 1. YEAR: | MAKE: | MODEL: | COLOR: | TAG NUMBER:  state: | OWNER: |

### LICENSES / PASSPORTS / ID CARDS, etc.

| 1. NUMBER: A12060859 | STATE / COUNTRY: Nigeria | TYPE: Passport | REMARKS: |
|---|---|---|---|
| 1. NUMBER: | STATE / COUNTRY: | TYPE: | REMARKS: |

2

7

| EMPLOYERS |||||||
|---|---|---|---|---|---|---|
| 1. OCCUPATION: | COMPANY NAME: || POINT OF CONTACT: || PHONE: ( ) - type: ||
| STREET ADDRESS: | CITY: | STATE: | ZIP: | START DATE: / / || END DATE: / / |
| 1. OCCUPATION: | COMPANY NAME: || POINT OF CONTACT: || PHONE: ( ) - type: ||
| STREET ADDRESS: | CITY: | STATE: | ZIP: | STREET ADDRESS: || CITY: |

| MILITARY |||||
|---|---|---|---|---|
| BRANCH OF SERVICE: | ENTRY DATE (M/Y): / / | DISCHARGE DATE (M/Y): / / | TYPE OF DISCHARGE: | RANK AT DISCHARGE: |

**RELATIVES / CLOSE FRIENDS**
(Other than mentioned under "Emergency Contacts")

| 1. LAST NAME: | FIRST NAME: | RELATION: | DATE OF BIRTH or AGE / / | PHONE: ( ) - type: ||
|---|---|---|---|---|---|
| STREET ADDRESS: || CITY: | STATE: | ZIP: | REMARKS: |
| 1. LAST NAME: | FIRST NAME: | RELATION: | DATE OF BIRTH or AGE / / | PHONE: ( ) - type: ||
| STREET ADDRESS: || CITY: | STATE: | ZIP: | REMARKS: |
| 1. LAST NAME: | FIRST NAME: | RELATION: | DATE OF BIRTH or AGE / / | PHONE: ( ) - type: ||
| STREET ADDRESS: || CITY: | STATE: | ZIP: | REMARKS: |

**BOND INFORMATION**
(To be completed by arresting agent after the initial appearance)

| WAS A BOND ISSUED AT THE INITIAL APPEARANCE? ||||
|---|---|---|---|
| YES: ☐ | NO: ☐ | IF YES, AMOUNT and TYPE: | MAGISTRATE JUDGE: |

Revised 05/2008

- Arresting agency must contact the Pretrial Services duty officer (**404-215-1950; 404-730-3142 fax**) and duty magistrate court to schedule initial appearance. USMS personnel will deliver prisoner to magistrate holding cell when notified by the court, for transfer to arresting agency prior to court appearance.

- Prisoners must be thoroughly searched prior to transfer to USMS custody. Only the following prisoner property will be accepted:
    1. One plain wedding band with no stones (no other jewelry)
    2. Check from government agency (ex. state or local jail)
    3. Legal papers such as court documents and attorney-client correspondence. **No personal letters / cards will be accepted**

- Arresting agents must provide the cellblock with:
    1. Copy of the executed arrest warrant and charging document; original copy of warrant, if in agent's possession
    2. Written release status, if picked up from a local jail facility
    3. Copy of writ, if prisoner brought into N/GA from another facility on a writ

    ***USMS staff will complete all booking; agents are not required by USMS to provide prints or submit them to the FBI ***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BOSEDE AYINKE ADEFEMI,

    Defendant.

CASE NO. 1:22-MJ-0048-LTW

ORDER APPOINTING COUNSEL

KEENAN TWYMAN

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 18TH day of January, 2022.

_/s/ Linda T. Walker_
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____GEORGIA_____

UNITED STATES OF AMERICA

V.

___BOSEDE AYINKE ADEFEMI___
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: ___1:22-MJ-0048-LTW___

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the ___EASTERN___ District of ___NORTH CAROLINA___ alleging violation of ___18:1015(f)_____ and that I have been arrested in this district and
                                                              (Title and Section)
taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_BOSEDE AYINKE ADEFEMI_
Defendant

01/18/2022
Date

Defense Counsel
Keenen J. Turner

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

UNITED STATES OF AMERICA

V.

BOSEDE AYINKE ADEFEMI

Defendant

**APPEARANCE AND COMPLIANCE BOND**

Case No. 1:22-MJ-0048-LTW

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __10,000.00 (OR)__ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant, __BOSEDE AYINKE ADEFEMI__
(Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __01/18/2022__ at __75 Ted Turner Drive S.W. Atlanta, GA 30303__
Date                                                                                                             Place

Defendant __BOSEDE AYINKE ADEFEMI__ Address __Raleigh NC 27604__
CITY, STATE, AND ZIP CODE ONLY
Surety _____ Address _____
Surety _____ Address _____

Signed and acknowledged before me on __01/18/2022__
Date

_/s/ Tonya [signature]_
Judge/Clerk

Approved _/s/ Linda T. Walker_
Judge Officer

11

AO 199C    (Rev.12/03) Advice of Penalties . . .                                                              Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Bosede Ayinka bola Femi_
Signature of Defendant

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Address

_Raleigh, NC 27604_
CITY/STATE/ZIP CODE       TELEPHONE
                                                               919-274-7872

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: _January 19, 2022_       _[signature]_
                                             Signature of Judicial Officer

_U.S. Magistrate Judge_
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 199A   (Rev. 6/97) Order Setting Conditions of Release                                                                 Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____GEORGIA_____

United States of America

V.

**BOSEDE AYINKE ADEFEMI**

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:   1:22-MJ-0048-LTW

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) ___US COURTHOUSE 310 New Bern Ave___
Place
___6th Floor, Raleigh, NC 27601___ on ___2/27/2022 at 10:00___
Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( X ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ___TEN-THOUSAND___ dollars ($ _10,000.00_ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

13

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:

Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
*Custodian or Proxy*           *Date*

**DEFENDANT:**
( X ) ( ) The defendant must:
- ( X ) (a) report to the **U.S. PRETRIAL SERVICES**, telephone number **404-215-1950**, no later than **5:00 PM TODAY**.
- ( X ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: **10,000.00 (or)**
- ( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____.
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____.
- ( X ) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- ( X ) (g) surrender any passport to: _____
- ( X ) (h) obtain no passport.
- ( X ) (i) abide by the following restrictions on personal association, place of abode, or travel: **RESIDE AT THE ADDRESS PROVIDED TO U.S. PRETRIAL SERVICES AND DO NOT CHANGE ADDRESS W/O PRE-APPROVAL FROM THIS COURT.**
- ( X ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____
- ( ) (k) undergo medical or psychiatric treatment: _____
- ( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____
- ( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( X ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons **TO INCLUDE AMMUNITION**.
- ( X ) (o) refrain from ( ) any ( X ) excessive use of alcohol.
- ( X ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
- ( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
  - ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.
  - ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
  - ( ) (ii) Radio Frequency (RF) monitoring;
  - ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
  - ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
  - ( ) (v) Voice Recognition monitoring.
- ( X ) (u) Defendant ORDERED to remain w/in the jurisdiction of the NDGA/EDNC unless pre-approval from U.S. Pretrial Services is received.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Alana R. Black (alana.black@usdoj.gov, caseview.ecf@usdoj.gov,
tanya.kenner-bowen@usdoj.gov, usagan.criminaldocketing-courtnotices@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Keenen Twymon (belinda_rogers@fd.org,
keenen_twymon@fd.org), Magistrate Judge Linda T. Walker
(ganddb_efile_ltw@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:12291051@gand.uscourts.gov
Subject:Activity in Case 1:22-mj-00048-LTW USA v. Adefemi Termination of Magistrate Case
```
Content−Type: text/html

# U.S. District Court

## Northern District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2022 at 4:40 PM EST and filed on 1/19/2022

**Case Name:** USA v. Adefemi
**Case Number:** <u>1:22−mj−00048−LTW</u>
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Magistrate Case Closed. Defendant Bosede Ayinke Adefemi terminated. (ceo)**

**1:22−mj−00048−LTW−1 Notice has been electronically mailed to:**

Alana R. Black &nbsp &nbsp Alana.Black@usdoj.gov, caseview.ecf@usdoj.gov, CaseView.ECF@usdoj.gov, tanya.kenner−bowen@usdoj.gov, USAGAN.CriminalDocketing−CourtNotices@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Keenen Twymon &nbsp &nbsp keenen_twymon@fd.org, belinda_rogers@fd.org

**1:22−mj−00048−LTW−1 Notice has been delivered by other means to:**