# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

### NO. 5:18-CR-294-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | GOVERNMENT'S |
| v. | ) | STATUS REPORT |
| | ) | |
| BOSEDE AYINKE ADEFEMI | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby provides a status report as follows:

Subsequent to the filing of the defendant's motion to dismiss the parties have been engaged in settlement negotiations with the intent to resolve this case pursuant to pre-trial diversion. Probation completed a satisfactory assessment for the defendant's suitability in the pre-trial diversion program and the undersigned obtained approval.

Upon information and belief, this matter will be soon resolved via pre-trial diversion, subject to the Court's approval, thus avoiding the need for further litigation.

1

Respectfully submitted, this 17th day of March 2022.

MICHAEL F. EASLEY, JR.
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
Fax (919) 856-4487
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775

## CERTIFICATE OF SERVICE

This is to certify that I have this 17th day of March 2022, served a copy of the foregoing upon the defendant in this action by mailing via electronic mail as follows:

Diana Pereira
Assistant Federal Public Defender

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2